IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM C. POWELL, | ) | |
| Plaintiff, | ) | No. 3:14-cv-00373 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the _5_ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT